# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0902
Lower Tribunal No. CF03-002276-XX

_____

DENNIS M. SIMMONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal Pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Donald G. Jacobsen, Judge.

July 2, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and BROWNLEE, JJ., concur.


Dennis M. Simmons, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Laura Dempsey, and Cerese Crawford Taylor, Assistant Attorney Generals, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED